**SEALED**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

FILED
2014 FEB -5 PM 2:33

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § | CRIMINAL No. SA14CR0100XR |
| Plaintiff, | § § | **INDICTMENT** |
| v. | § § | [Vio. 18 U.S.C. § 1956(h) – Conspiracy to Launder Monetary Instruments.] |
| HECTOR JAVIER VILLARREAL HERNANDEZ, | § § § | |
| Defendant. | § | |

**THE GRAND JURY CHARGES:**

COUNT ONE
**Conspiracy to Launder Monetary Instruments**
[18 U.S.C. § 1956(h)]

Beginning on or about January 1, 2008 and continuing thereafter to and including on or about the date of this indictment in the Western District of Texas, the Republic of Mexico, and elsewhere, the Defendant,

HECTOR JAVIER VILLARREAL HERNANDEZ,

with others, both known and unknown to the grand jury, did knowingly and intentionally conspire, combine, confederate and agree together to commit offenses under Title 18, United States Code, Sections 1956 and 1957, in that the Defendant and others conspired:

(1)  to knowingly and intentionally conduct and attempt to conduct financial transactions affecting interstate and foreign commerce, which transactions involved the proceeds of specified unlawful activity, that is, the proceeds of an offense involving the importation, sale and distribution of a controlled

substance and controlled substances, which constitute an offense and offenses in the Republic of Mexico and a violation of Title 21, United States Code, Section 846; bribery of a public official, misappropriation, theft, and embezzlement of public funds, constituting an offense and offenses in the Republic of Mexico; and wire fraud in violation of Title 18, United States Code, Section 1343, (a) with the intent to promote the carrying on of such specified unlawful activity, in violation of Title 18, United States Code, Section 1956(a)(1)(A)(i); and (b) knowing that the transaction was designed in whole and in part to conceal and disguise the nature, location, source, ownership, and control of the proceeds of said specified unlawful activity, in violation of Title 18, United States Code, Section 1956(a)(1)(B)(i);

(2) to knowingly and intentionally transport, transmit, and transfer and to attempt to transport, transmit and transfer a monetary instrument and funds from a place outside the United States to and through a place inside the United States and from a place inside the United States to and through a place outside the United States (a) with the intent to promote the carrying on of such specified unlawful activity, in violation of Title 18, United States Code, Section 1956(a)(2)(A)(i); and (b) knowing that the monetary instrument and funds involved in the transportation, transmission, and transfer represent the proceeds of some form of unlawful activity and was designed to conceal and disguise the nature, location, source, ownership, and control of the proceeds of said specified unlawful activity, in violation of Title 18, United States Code, Section 1956(a)(2)(B)(i); and

(3)     to knowingly engage in and attempt to engage in a monetary transaction and monetary transactions in criminally derived property, derived from such specified unlawful activity, of a value greater than $10,000, in violation of Title 18, United States Code, Section 1957.

All in violation of Title 18, United States Code, Sections 1956(h).

A TRUE BILL:

_____
FOREMAN

ROBERT PITMAN
United States Attorney

By: _____
RUSSELL D. LEACHMAN
Assistant U.S. Attorney