CASE SEALED: X  UNSEALED: ___

CASE NO: _____

**SEALED**

## PERSONAL DATA SHEET
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS

USAO #: 2014R_____

**SA14CR0100XR**

COUNTY: BEXAR_____  DIVISION: SAN ANTONIO  JUDGE: _____

DATE: February 5, 2014  MAG.CT.#: _____  FBI #: ███

ASSISTANT U.S. ATTORNEY: RUSSELL LEACHMAN  DEF. D.O.B.: ███

DEFENDANT NAME: HECTOR JAVIER VILLARREAL HERNANDEZ  DEF. SSN: ███

DEFENDANT'S A/K/A'S: _____

Male _X_   Female __

DEFENDANT'S ADDRESS: _____

CITIZENSHIP:  United States: ____  Mexican  X   Other: ____

INTERPRETER NEEDED:  YES: X   NO: ____   Language: Spanish

DEFENSE ATTORNEY'S NAME: _____
Employed: ____  Appointed: ____

DEFENSE ATTORNEY'S ADDRESS: _____

DEFENDANT IS: In Jail:__   Where: _____   Writ Attached: ____
On Bond:___   Amount of Bond: Detain w/o Bond   SID# _____
Where on Bond: _____

DATE OF ARREST: _____  TO BE ARRESTED: YES   BENCH WARRANT NEEDED: YES

PROBATION OFFICER: _____   NAME & ADDRESS OF SURETY: _____

PROSECUTION BY:  ___X___ INDICTMENT   _____ INFORMATION

OFFENSE: (Code & Description) COUNT 1: 18 U.S.C. § 1956(h), Conspiracy to Launder Monetary Instruments.

OFFENSE IS:  FELONY _____   CLASS A MISDEMEANOR _____   CLASS B/C PETTY OFFENSE _____

MAXIMUM SENTENCE (Each Count): COUNT 1: Not more than 20 years imprisonment, Max $500,000 fine or two times the value of the property involved in the transactions, 3 years supervised release, $100 mandatory special assessment.

AGENT/AGENCY: IRS, SA Luis Reyna   MANDATORY PENALTY: Yes: X  No: __ As to special assessment only.

REMARKS: _____   jlh

WDT-Cr-3   USDC CY 1   USDC CY 2   COURT CY   USMS CY   USAO CY   PROBATION CY   PRE-TRIAL SVCS CY   USAO DOCKETING CY