AO 442 (Rev. 11/11) Arrest Warrant

CLERK'S COPY

U.S. MARSHALS
RECEIVED
FEB 06 2014
SAN ANTONIO, TX
ENFORCEMENT SECTION

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| | | |
|---|---|---|
| United States of America<br>v.<br>HECTOR JAVIER VILLARREAL HERNANDEZ<br><br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 5:14cr100-XR |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* HECTOR JAVIER VILLARREAL HERNANDEZ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18:USC 1956(h) CONSPIRACY TO LAUNDER MONETARY INSTRUMENTS.

Date: 02/05/2014

*Issuing officer's signature*

City and state: San Antonio, Texas

Amy Jackson, Deputy Clerk
*Printed name and title*

---

### Return

| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ |
|---|
| at *(city and state)* _____ . |
| Date: _____ |
| *Arresting officer's signature* |
| *Printed name and title* |