IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | **SEALED** |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NO.   SA-14-CR-100-XR |
| | ) | |
| HECTOR JAVIER VILLARREAL HERNANDEZ, | ) ) | |
| | ) | |
| Defendant. | ) | |

### ORDER

On this day, came on to be considered the Defendant's Agreed and Unopposed, Sealed Motion for Continuance of Sentencing Hearing. After considering the motion, the Court is of the opinion that it should be granted.

IT IS THEREFORE ORDERED that the Defendant's motion is to continue the sentencing hearing for 180 days is GRANTED.

A new scheduling order will be issued.

SIGNED AND ENTERED this _____ day of _____, 2016.


_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE