UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| vs. § | CRIMINAL NO:  SA:14-CR-00100(1)-XR |
| § | |
| (1) HECTOR JAVIER VILLARREAL § | |
| HERNANDEZ | |

### *O R D E R*

On this day came on to be considered Defendant's Sealed Motion. Upon consideration, the Court is of the opinion that the motion should be **GRANTED**.

It is hereby **ORDERED** that Defendant's Sealed Motion **(Doc. #53)** is **GRANTED**.

It is **FURTHER ORDERED** that the above entitled and numbered cause is rescheduled for **Sentencing on Wednesday, July 29, 2020, at 11:00 am** in Courtroom Number 3, First Floor of the John H. Wood, Jr., United States Courthouse, 655 E. Cesar Chavez Boulevard., San Antonio, Texas.

Signed this 18th day of November, 2019.

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE