UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| vs. § | CRIMINAL NO:  SA:14-CR-00100(1)-XR |
| § | |
| (1) HECTOR JAVIER VILLARREAL § | |
| HERNANDEZ | |

### *O R D E R*

On this day came on to be considered Defendant's Unopposed Sealed Motion to Continue Sentencing scheduled for June 29, 2022 .  Upon consideration, the Court is of the opinion that the sealed motion should be **GRANTED**.

It is hereby **ORDERED** that Defendant's Unopposed Sealed Motion to Continue Sentencing **(Doc. #71)** is **GRANTED**.

It is **FURTHER ORDERED** that the above entitled and numbered cause is rescheduled for **Sentencing on Wednesday, November 30, 2022, at 11:00 AM** in Courtroom H, on the Thrid Floor of the United States Courthouse, 262 W. Nueva Street, San Antonio, Texas.

Signed this 6th day of June, 2022.

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE